RECEIVED

OCT 27 2006

Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, )
Plaintiff )
)
vs. )
) C.A. No. CA 06 477
ASSORTED JEWELRY VALUED IN THE AMOUNT )
OF $15,200, )
Defendant. )

## WARRANT OF ARREST AND NOTICE IN REM

To: The United States Marshal for the District of Rhode Island or any of his deputies:

WHEREAS, a Complaint for Forfeiture in Rem as above styled was filed on the 27th day of October, 2006, by the United States Attorney for the District of Rhode Island against the defendant jewelry and for the reasons and causes mentioned in the Complaint for Forfeiture in Rem;

NOW, THEREFORE, for the aforementioned reasons and causes, you are hereby commanded to arrest, attach, and retain the above described property until the further order of this Court respecting the same, to give due notice by personal service to all persons claiming the same, knowing or having anything to say why the same should not be condemned and disposed of pursuant to the prayer of the complaint; that they must file their claim with the Clerk of this Court within thirty (30) days after the execution of this process or within such additional time as may be allowed by the Court and must serve their answer within twenty

(20) days after the filing of their claim; and that they serve a copy of any claim they make or any pleadings they may file, upon the United States Attorney for the District of Rhode Island; and that should said property not be released within ten (10) days after the execution of process under appropriate order of this Court, then and in that event you are directed to give notice of this action and arrest to all persons by publication once per week for three (3) consecutive weeks in The Providence Journal, a newspaper having a general circulation in the District in which the property was originally seized, and said notice to specify that the claim must be filed within thirty (30) days after the publication as provided and the answer within twenty (20) days after the filing of the claim; and that you promptly after execution of this process, file the same in the Court with your return thereon.

David L Martin

UNITED STATES MAGISTRATE JUDGE

10-31-06