Ek

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CA 06-477ML |
| DEFENDANT<br>Assorted jewelry valued in the amount of $15,200 | TYPE OF PROCESS<br>Notice |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Providence Journal-Bulletin
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th F
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED
2006 OCT 31 P 3:
U.S. MARSHALS OFFICE
DISTRICT OF R.I.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

publish Notice of Forfeiture once a week for three weeks

Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | 401/709-5000 | 11/1/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 of 4 | No. 070 | No. 070 | [signature] | 11/01/06 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date<br>12/11/06 | Time<br>9 30 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>[signature] | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Advertised ProJo on 11/10/06, 11/17/06 + 11/24/06
TOTAL Cost $935.46

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# ADVERTISING ORDER

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE
United States Marshals Service, Providence, RI

ORDER NUMBER

DATE
11/01/2006

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to set solid, without paragraphing, and without any display in t heading unless otherwise expressly authorized in the specificatior

NAME OF THE PUBLICATION ADVERTISED IN
Providence Journal

SUBJECT OF ADVERTISEMENT CA 06-477ML
Assorted Jewelry valued in the amount of $15,200.00

EDITION OF PAPER ADVERTISEMENT APPEARED
Daily

NUMBER OF TIMES ADVERTISEMENT APPEARED
3

DATE(S) ADVERTISEMENT APPEARED
November 10, 17 and 24, 2006

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

SEE ATTACHED COPY OF ADVERTISEMENT

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER | NUMBER |
| DATE | DATE 11/2/06 |
| SIGNATURE OF AUTHORIZING OFFICIAL [signature] 528-5470 | TITLE Seizure & Forfeiture Specialist |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or for display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher. The following is a sample of solid line advertisement set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C., Invitation No. C-6676-H, consisting of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding material available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 2:00 p.m., November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to ▶...

UNITED STATES MARSHALS SERVICE
P.O. BOX 1524
PROVIDENCE, RI 02901-1524

### IMPORTANT

Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

1142-106

AGENDA

I. OPEN FORUM (15-minute limit)
II. PRESENTATION
A. Student Member Report
III. ROUTINE ITEMS
CONSENT AGENDA
A. Approval of Minutes
B. Personnel Items
1. Appointments
2. Leaves of Absence
3. Resignations
4. Grievances
C. Bills
D. Home School Approvals
END CONSENT AGENDA
E. Correspondence
IV. NEW BUSINESS
A. Community Question Follow-Up to Background Check Inquiry
V. UNFINISHED BUSINESS
A. Additional Health Care Payment
B. Convening a Sub Committee on Health Care
C. Metcalf Fire Alarm - Update
D. Superintendent Search
E. Alternate Transportation
VI. REPORTS/COMMENTS
VII. IMPORTANT DATES AND MEETINGS
VIII. EXECUTIVE SESSION - RIGL 42-46-4 and RIGL 42-46-5
A. 42-46-5 (a)(9) - Collective Bargaining Agreement - Council 94 Grievance
B. 42-46-5 (a)(9) - Collective Bargaining Agreement - Grievance
C. 42-46-5 (a)(2) - Collective Bargaining Agreement /Litigation

## NOTICE OF FORFEITURE

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
UNITED STATES OF AMERICA,
Plaintiff
vs.
ASSORTED JEWELRY VALUED IN THE AMOUNT OF $15,200,
Defendant
C.A. No. 06-477ML

Notice is hereby given that on October 31, 2006, I arrested assorted jewelry valued in the amount of $15,200, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said jewelry was seized on February 3, 2006, from a vehicle stopped on Route 195 in East Providence, Rhode Island. The defendant assorted jewelry is further described as follows: one gold triple row Princess cut diamond ring w/27 diamonds, one half pair of 14k gold diamond cluster earring w/7 round diamonds and one loose 2.19 ct. round diamond. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, One Exchange Terrace, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

...storage by each of the following persons on whose accounts the same are held respectively, namely
Carol Denham #239 Household
John Difruscio #110 Household
John Sara #397 Household
Joan McKenzie #460 Household
Victor R. Truppi #264 Household
Heathcliff Gomez #25 Household
Scott Hayes #7 Household
Paul R. Neri #105 Collectibles
Elisa Corcelli #378 Household
Florence Restum #164 Household
Florence Restum #208 Household

For the purpose of paying its claim against each of them for storage, packing, cartage, charges on their beforementioned goods together with the cost of advertising said goods for sale and the sale thereof and other incidental expenses. 44 Self Storage 61 Putnam Ave., Johnston, R.I. 02919 401-233-3333.

BRIDGEWATER-RAYNHAM REGIONAL SCHOOL DISTRICT

## INVITATION TO BID

SCHOOL FURNITURE & EQUIPMENT

The Bridgewater-Raynham Regional School District, acting by and through its Bridgewater School Building Committee, will receive Sealed Bids for School Furniture & Equipment for the Bridgewater-Raynham Regional High School, 415 Center Street, Bridgewater, Massachusetts, to include Section A-Seating; Section B-Office Furniture; Section C-Tables; Section D-Library Furniture; and Section E-Miscellaneous Equipment, at the Office of the Superintendent of Schools, 777 Pleasant Street, Raynham, Massachusetts 02767, until 1:30 p.m., local time, on Friday, December 1, 2006, at which time all bids will be publicly opened and read aloud. Bids are to be in strict accordance with the specifications. The Awarding Authority reserves the right given by law to reject any or all bids if it be in the public interest to do so.

Specifications and Bid Documents may be obtained from Lucas Stefura Interiors, 77 North Washington Street - Floor 7, Boston, Massachusetts 02114 on or after 9:00 a.m., Friday, November 10, 2006. Fax telephone requests to Lucas Stefura Interiors at 617-723-5165, and indicate Section Numbers being requested.

Bridgewater-Raynham Regional School District
Donald B. DeLutis, Chairman

Having an Open House?
projoHOMES
Call 401.277.7700 for details.

PROVIDENCE, RI 02903
Providence County
DATE: 3 November, 2006

NOTICE TO: SORAYA MUJICA and any and all parties in interest.

In Re: IRENE ALEXANDRA MUJICA; born on 01-10-1994; Juvenile Number 199517692; Case Number PTI-06-000189.

A case has been brought in the Rhode Island Family Court to decide whether you have any parental rights to this child. If you do not appear at a hearing about this matter at the Family Court, One Dorrance Plaza, Providence, RI 02903 on 22-NOV-2006 at 09:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

F. Charles Haigh
Administrator/Clerk

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT
JUVENILE CLERK'S OFFICE
ONE DORRANCE PLAZA
PROVIDENCE, RI 02903
Newport County
DATE: 20 October, 2006

NOTICE TO: The father of a child born to Tina Louise Vierra a/k/a Tina Louise Lee born on 12-22-1993 and any and all parties in interest.

A case has been brought in the Rhode Island Family Court to decide whether you have any parental rights to this child. If you do not appear at a hearing about this matter at the Family Court, 45 Washington Square, Newport, RI 02840 on 29-NOV-2006, at 09:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

F. Charles Haigh
Administrator/Clerk

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT
JUVENILE CLERK'S OFFICE
ADVERTISEMENT
Providence, SC
DATE: 19 October, 2006

WHEREAS, Department of Children Youth and Families has filed a petition in said office alleging that GABRIELLA SEAL is a dependent and/or neglected child.

Now, therefore, you the said NICOLE SEAL, WILFORD HALL and all parties in interest is/are hereby cited to appear, if you shall see fit before the Family Court to be held at 222 Quaker Lane, Warwick, RI 02886 within the County of Kent on 30-NOV-2006 at 9:00 a.m., then and there to respond to said petition.

Witness, the seal of our Family Court, at Providence, 19 October, 2006.

F. Charles Haigh
Administrator/Clerk

CUSTODY MATTERS: Female Attorney. B. Robles, 831-8077.

DIVORCE, Child Support, Custody, Adoption: Reasonable rates, flexible appointments. Atty. Joseph Palmieri 258-3371.

DIVORCE, SEPARATION, DIVORCE MEDIATION, Child Support and Visitation; Attorney Paul Corrigan, 401-949-3050.

DOCUMENT PREPARATION: $150 Divorce. $175 Adoption. 624-3557. A-1 Family Services.

106 Notices

HAPPY Fall! SINGLE? Join Lunch Couples. All ages. Call 508-224-6322. www.lunchcouples.com.

121-Child Care

AFFORDABLE CHILD CARE OPENINGS. Large indoor play area, fenced yard, Call for details. Cherylyn 714-0122.

123-Licensed Day Care, Schools

PROVIDENCE: Home daycare has openings for 1st, 2nd, and weekend shifts. CCAP approved, DHS pay welcome, CDA, 18 years experience. Free meals. Vanessa, 401-941-0314

210-Motor Vehicle Insurance

ABSOLUTE LOWEST INSURANCE RATES: SR-22's on the spot. Easy payment plans. 401-781-8681.

212 Automobiles For Sale

ACURA: 1997 3.0 CL, excellent condition, low mi. Always garaged. Leather heated seats, CD moonroof $7200. 508-399-8477.

ACURA: '05 RSX Type S, Book: $24,465; Our: $20,276. Herb Chambers, Warwick 1-888-941-4265 #1.

ACURA: '03 3.2TL, Black on Black, 39K mi, $16,981, #50716, Call Herb Chambers Of Seekonk, MA 1-877-890-1768

ACURA: '03 3.2TL, leather, alloys, sunroof, showroom, $12,995. PURITAN, 942-7800. Lic. # 70.

WOW!
2004 Acura TL. loaded! Toyota of Newport. 1-800-833-5530. #30.

ACURA: '04 TL, loaded, sunroof, Silver, all serviced $23,900. Greenville Auto Sales, 454-1368 #251

ACURA: '04 TL, six speed, 38K miles, excellent! rare vehicle! $25,950. Herb Chambers Value Lot, 1-877-889-7766

ACURA: '04 TL, 41K miles, full power, Was: $27,995; Now: $24,995. Rizzo Ford, 1-800-679-0978 # 35. rizzoford.com

ACURA: '05 TL, Navigation, Book: $32,525; Our: $29,976. Herb Chambers, Warwick 1-888-941-4265 #1.

ACURA: '04 TLS, 41K miles, Navigation, $27,695; Our: $23,995. Rizzo Ford, 1-800-679-0978 # 35. rizzoford.com

ACURA: '03 TL 3.2, Pearl 15K, White/Tan leather, alloys, CD, showroom! $19,995. Bristol Toyota, 1-877-205-7335 #109

AUDI '04 Allroad Quattro, Book: $34,750; Our: $25,976. Herb Chambers, Warwick 1-888-941-4265 #1.

AUDI '04 A6 Avant Quattro, Book: $24,910; Our: $18,776, Herb Chambers, Warwick 1-888-941-4265 #1.

AUDI: '03 Quattro A4, Black/Black leather, moonroof, 6 CD, 1 owner, Book: $21,850; our low price, $19,488. Herb Chambers Value Lot, 1-877-889-7766

AUDI: '04 A4 Quattro 1.8T, leather roof, 37K, $21,967, #18724A, Open Sunday. Call Herb Chambers Of Seekonk, MA 1-877-890-1768

BMW: 2000 323ci Coupe, auto, 6 cyl, 107K, 2 dr, silver/black leather. Loaded! 17" Alloys. Nice car! $11,500 401-823-1467

BMW: '03 530i, 18K, Book: $35,465; Our: $28,776, Herb Chambers, Warwick 1-888-941-4265 #1.

STATE OF RHODE ISLAND
Probate Court of the
TOWN OF
NORTH PROVIDENCE

NOTICE OF MATTERS PENDING AND FOR HEARING IN SAID COURT

The Court will be in session at TOWN HALL on the dates specified in notices below at 2:00 P.M. for hearing said matters

McCORMACK, PATRICIA ESTATE OF Successor Guardian's First Account; for hearing November 28, 2006

---

Received by the Department of CITY CLERK, CITY HALL, PROVIDENCE, RI until 2:15 o'clock P.M. on MONDAY, NOVEMBER 27, 2006 at which time they will be publicly opened and read aloud in the Chamber of the City Council on the Third Floor Level of City Hall, for the following:

WATER SUPPLY BOARD

FIELD STONE WALL REPAIRS (BLANKET 2006-2008).

CRYSTAL REPORTS SERVER XI, RELEASE 2 OR LATEST RELEASE.

All bids must be submitted in Sealed Envelopes or Wrappers with the TITLE AND DEPARTMENT TO WHICH THEY ARE RELATED ENDORSED THEREON AND ADDRESSED TO THE BOARD OF CONTRACT AND SUPPLY, DEPARTMENT OF CITY CLERK, CITY HALL, PROVIDENCE, RI 02903.

Plans and Specifications may be obtained at the OFFICE OF THE PURCHASING DIRECTOR, CITY HALL, PROVIDENCE, RI 02903.

The City of Providence reserves the right to reject any and all bids in the best interest of the City.

An Equal Opportunity Employer and Minimum Wage Rates to be Paid.

Minority Business Enterprises and Women Business Enterprises are encouraged to submit bids.

By Order of the Board of Contract and Supply, which will meet on the above day and date at 2:15 o'clock P.M. in the Chambers of the City Council.

Offices and City Council Chambers are accessible to individuals with disabilities. Facilities are accessible to people with disabilities. If you are in need of interpreter services for the hearing impaired, please contact the Office of Neighborhood Services at 421-7768 not less than 48 hours in advance of the meeting.

David N. Cicilline
Mayor and Chairman

Anna M. Stetson
City Clerk

---

MORTGAGE FORECLOSURE SALE

120 Chimney Rock Rd.
North Kingstown, RI 02852

Will be sold at public auction on the premises hereinafter described on November 24, 2006 at 11:00 A.M. local time, by virtue of the power of sale contained in that Mortgage made and executed by Debra Giorgi dated March 16, 2006 and recorded in the Records of Land Evidence in the Town of North Kings-

---

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT
JUVENILE CLERK'S OFFICE
ONE DORRANCE PLAZA
PROVIDENCE, RI 02903
Providence County

DATE: 10 November, 2006

NOTICE TO: The father of a child born to LUCINDA AVELINO born on 05-27-1996 and any and all parties in interest.

A case has been brought in the Rhode Island Family ... 09:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

F. Charles Haigh
Administrator/Clerk

---

... or the Mortgagee ...
999 South Broadway
East Providence,
Rhode Island 02914
(401) 438-9000

---

City of Cranston
Zoning Board

The following applications will be heard in the City Hall Council Chamber on Wednesday, December 13, 2006 at 6:30 p.m.

DENNIS AND CAROL BERGIN 3 MAPLE STREET CRANSTON RI 02905 (OWN/APP) have filed an application for permission to build a single family dwelling on a substandard ...

---

Town of Johnston
NOTICE OF MATTERS PENDING AND FOR HEARING IN SAID COURT

The Probate Court
of the Town of Johnston

will be in session on the dates specified in the notices below at 9:00 A.M. at the Probate Court, Crossroad Commons, 1395 Atwood Avenue, Johnston, RI for hearing said matters.

Ruggieri, Joseph M Estate #2006-129 Petition for Probate of Will; for hearing November 28, 2006.

Cardarelli, Santa Estate #2006-106 Petition for Administration; for hearing November 28, 2006.

Iannelli, Alessio Estate #2004-13 First Account; for hearing November 28, 2006.

Gesualdi, Olga A Estate #2006-87 Joseph Gesualdi has qualified as Executor; Creditors must file their claims in the Office of the Probate Clerk within the time required by law beginning November 10, 2006.

Torti, Eleuterio Estate #2006-113 Karen Torti and Eleuterio Torti III have qualified as Co-Executors; Creditors must file their claims in the Office of the Probate Clerk within the time required by law beginning November 10, 2006.

Kelly, Eugene F Estate #2006-109 Leslie J. Tente has qualified as Executor; Creditors must file their claims in the Office of the Probate Clerk within the time required by law beginning November 10, 2006.

Cortellessa, Joseph A. Estate #2006-77 Petition for Sale of Real Estate; for hearing November 28, 2006.

Robin D. Pimental
Town Clerk

---

NOTICE OF FORFEITURE

UNITED STATES DISTRICT COURT
DISTRICT OF
RHODE ISLAND
UNITED STATES OF AMERICA,
Plaintiff
vs.
ASSORTED JEWELRY VALUED IN THE AMOUNT OF $15,200,
Defendant
C.A. No. 06-477ML

Notice is hereby given that on October 31, 2006, I arrested assorted jewelry valued in the amount of $15,200, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said jewelry was seized on February 3, 2006, from a vehicle stopped on Route 195 in East Providence, Rhode Island. The defendant assorted jewelry is further described as follows: one gold triple row Princess cut diamond ring w/27 diamonds, one half pair of 14k gold diamond cluster earring w/7 round diamonds and one loose 2.19 ct. round diamond. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, One Exchange Terrace, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

---

City of Pawtucket
Request for Proposals
Auditing Services

The City of Pawtucket is soliciting proposals from qualified auditing firms to perform the audits for the City of Pawtucket and the Pawtucket Water Supply Board for fiscal years 2006-2007, 2007-2008, 2008-2009.

A copy of the RFP may be obtained from the City Clerk's Office, 3rd floor, City Hall, 137 Roosevelt Avenue, Pawtucket, RI, between the hours of 8:30 a.m. and 4:30 p.m.

PROPOSAL DEADLINE IS 4:00 P.M., FRIDAY, DECEMBER 1, 2006.

Janice M. LaPorte, CMC,
City Clerk

---

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
FAMILY COURT
JUVENILE CLERK'S OFFICE
ONE DORRANCE PLAZA
PROVIDENCE, RI 02903
Providence County

DATE: 25 September, 2006

NOTICE TO: The father of a child born to STEPHANIE BANVILLE born on 07-24-2006 and any and all parties in interest.

A case has been brought in the Rhode Island Family Court to decide whether you have any parental rights to this child. If you do not appear at a hearing about this matter at the Family Court, One Dorrance Plaza, Providence, RI 02903 on 11-DEC-2006 at 11:00:00 AM, an order will enter without your consent that you no longer have any rights to this child, and the child may be adopted.

F. Charles Haigh
Administrator/Clerk

IOTICES

adjournment

AS BARRETT
for the Holder
the Mortgage
uth Broadway
st Providence,
e Island 02914
401) 438-9000

EE'S SALE
elt Street
, RI 02909
at public auc-
ier 15, 2006 at
me, on the pre-
e of the power
ed in a certain
i by Omar
IERS as nomi-
ic Bank, F.S.B.
3, 2006 and re-
Land Evidence
e City of Provi-
f Rhode island
at Page 264,
conditions of
having been

i parcel of land,
ildings and im-
hereon, more
scribed in deed
id Book 7937
ET SEQ.
premises will be
o all taxes, as-
d other encum-
may constitute
ereon, and will
subject to any
strictions of re-
s, and rights of
r unpaid federal
, as shall, not-
this provision,
lid liens or en-
thereon after

ale: a deposit of
sand Dollars
in cash or certi-
bank check at
l place of sale.
and conditions to
ed immediately
sale.
of the holder of
ge, who hereby
of intention to bid
or any postpone-
urnment thereof.
nes L. Rogal, Esq.
CHARLTON, P.C.
ey for the Holder
of the Mortgage
Montvale Avenue,
Suite 2950
Stoneham,
ts 02180
e: (781) 246-8995

STERLY
C SCHOOLS
TION TO BID
terly School De-
seeking bids for a
ystem. Specifica-
d documents may
d by contacting
very, Accounting
401-315-1535 or
nce Office at 15
venue, Westerly,
November 24th,
d bids will be ac-
he Finance office
m, Friday, Decem-
).

Carol A. Avery
counting Assistant
Opportunity/
e Action Employer

LEGAL NOTICES

the mortgage, who hereby gives notice of intention to bid at said sale or any postponement thereof, or adjournment thereof.

NICHOLAS BARRETT
Attorney for the Holder
of the Mortgage
999 South Broadway
East Providence,
Rhode Island 02914
(401) 438-9000

**MORTGAGE FORECLOSURE SALE**
2 Spofford Avenue
Warwick,
Rhode Island 02888

Will be sold at public auction on December 8, 2006 at 9:00 AM local time on the premises by virtue of the power of sale contained in a mortgage made and executed by Mirian Venero dated July 8, 2005 and recorded on July 12, 2005 in the Records of Land Evidence of the Town/City of Warwick, State of Rhode Island, in Book 5786 at Page 145, the conditions of said mortgage having been broken:

That certain tract or parcel of land with all buildings and improvements thereon more particularly described in said mortgage recorded in said Book 5786 at Page 145.

The above premises will be sold subject to all taxes, assessments, and other encumbrances which may constitute a prior lien thereon, and will be conveyed subject to any easements and restrictions of record and rights of redemption for unpaid Federal Taxes, if any, as shall, notwithstanding this provision, constitute valid liens or encumbrances thereon after said sale.

Terms of sale, deposit of Five Thousand ($5,000.00) Dollars in cash, certified or bank check at time and place of sale. Other terms and conditions will be announced at the sale.

By order of the holder of the mortgage, who hereby gives notice of intention to bid at said sale or any postponement thereof, or adjournment thereof.

NICHOLAS BARRETT
Attorney for the Holder
of the Mortgage
999 South Broadway
East Providence,
Rhode Island 02914
(401) 438-9000

**Zilch.**

That's how much it costs you to sell your stuff.

projoFREE classifieds

Go to projofree.com for more details

Sell items valued at $200 or less

LEGAL NOTICES

ing date, relative to the granting of a liquor license for Alcoholic beverage at the designated locations in accordance with Title 3, General Laws of 1956, as amended.

**WEDNESDAY, NOVEMBER 29, 2006**
AT 7:00 O'CLOCK PM
**CLASS B VICTUALLING ALCOHOLIC BEV. LIC. - RENEWAL**
TO:
GIRASOLE INC.
D/B/A SOGNO
RESTAURANT
961 DYER AVENUE
EZIO GENTILE - 100%

REMONSTRANTS WILL BE HEARD AT THE TIME AND PLACE ABOVE STATED.

BY ORDER AND ON BEHALF OF THE COMMITTEE ON SAFETY SERVICES AND LICENSES OF THE CRANSTON CITY COUNCIL.

"INDIVIDUALS REQUESTING INTERPRETER SERVICES FOR THE HEARING-IMPAIRED MUST NOTIFY THE OFFICE OF THE CITY CLERK AT 461-1000 EXT. 3197 SEVENTY/TWO (72) HOURS IN ADVANCE OF THE HEARING DATE."

John Lanni, Chair
Maria Medeiros Wall, JD
City Clerk

**NOTICE OF FORFEITURE**
UNITED STATES
DISTRICT COURT
DISTRICT OF
RHODE ISLAND
UNITED STATES
OF AMERICA,
Plaintiff
vs.
ASSORTED JEWELRY
VALUED IN THE AMOUNT
OF $15,200,
Defendant
C.A. No. 06-477ML

Notice is hereby given that on October 31, 2006, I arrested assorted jewelry valued in the amount of $15,200, pursuant to a warrant of arrest issued by the Magistrate Judge of this Court upon the filing of a verified complaint in the above action. Said jewelry was seized on February 3, 2006, from a vehicle stopped on Route 195 in East Providence, Rhode Island. The defendant assorted jewelry is further described as follows: one gold triple row Princess cut diamond ring w/27 diamonds, one half pair of 14k gold diamond cluster earring w/7 round diamonds and one loose 2.19 ct. round diamond. Any person having or claiming an interest in or to said property must file a claim with the Clerk of this Court at the United States District Court, Federal Building and U.S. Courthouse, One Exchange Terrace, Providence, Rhode Island 02903, with a copy to the United States Attorney, 50 Kennedy Plaza, 8th Floor, One Exchange Terrace, Providence, Rhode Island 02903, within 30 days of this date, and must file an answer to the complaint herein within 20 days thereafter.

BURTON STALLWOOD
United States Marshal

**SCHOOL COMMITTEE**
Tuesday, November 28, 2006,
7 p.m.
Education Meeting
High School Library,
930 Nooseneck Hill Road,
West Greenwich, RI

**AGENDA**

I. **Open Forum** (15-minute limit)
II. **Presentation**
A. Student Member Report
III. **Routine Items**
**Consent Agenda**
A. Approval of Minutes
B. Personnel Items
1. Appointments
2. Leaves of absence
3. Resignations
4. Grievances
C. Bills
D. Home School Approvals
**End Consent Agenda**
E. Correspondence
IV. **New Business**
A. New Elementary Math Program Proposal
B. Conversion of the Art Room at the Jr. High School
V. **Unfinished Business**
A. Metcalf Fire Alarm - update
B. Superintendent Search
C. Alternate Transportation Sub Committee
VI. **Reports/Comments**
VII. **Important Dates and Meetings**
VIII. **Executive Session**

**EAST GREENWICH SCHOOL COMMITTEE**
NOTICE OF
ORIENTATION WORKSHOP
DATE:
Monday, November 27, 2006
TIME:
6:00 pm to 9:00 pm
PLACE:
East Greenwich
Superintendent's Office
111 Peirce Street
East Greenwich, RI 02818
AGENDA:

1. Curriculum Review-Linda Newman, 6:00 p.m.
2. Legal-Oliverio and Marcaccio, 6:30 p.m.
a. Open Meetings Act
b. Parliamentary Procedures
c. Roberts Rules
d. Role of School Committee by Statute
e. Executive Session Guidelines
3. Facilities Committee Update, 7:00 p.m.
4. Strategic Planning-Charles Meyers
5. Warrant article Projects-Robert Wilmarth
6. Finance/Budget-Maryanne Crawford
7. Protocols-Charles Meyers
8. Wellness Committee

projo.com
RESUME Center

Post your resume NOW!

• Quick • Easy • Confidential

projoJOBS

Go to projoJobs.com

**the home of your dreams.**



**In-paper and online.**

projoHOMES
projoHomes.com

**To advertise, call 401.277.7700**