USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED 2007 JAN 12 A 8:43 U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CA 06-477ML |
| DEFENDANT<br>Assorted jewelry valued in the amount of $15,200 | TYPE OF PROCESS<br>Summons/Complaint packet |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Reyes
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Plymouth County Corrections, 26 Long Pond Rd. Housing Unit FN1, Plymouth, MA 02360

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Michael P. Iannotti, Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th F
Providence, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

RECEIVED 2006 OCT 3? P 3: U.S. MARSHAL'S OFFICE DISTRICT OF R.I.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

Signature of Attorney other Originator requesting service on behalf of: [signature]
☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 401/709-5000
DATE: 11/1/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 4 4 | No. 070 | No. 038 | [signature] | 11/01/06 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
ADMIN. ASSIST TO WARDEN – CHORLENA – WILL GIVE TO LEGAL THEN TO INMATE

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
SAME

Date: 12/28/06 Time: 1:30 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: Jeff Clevet

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | 29.37 | | 119.37 | | $0.00 |

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12/28/06 |
|---|---|
| NAME OF SERVER *(PRINT)* JEFF CHRISTO | TITLE CI DUSM |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: ________
- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: ________
- ☐ Returned unexecuted: ________
- ☒ Other (specify): SERVED ADMIN. ASSISTANT TO WARDEN WHO WILL FORWARD TO LEGAL AND THEN TO INMATE.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/28/06
Date

[signature]
*Signature of Server*

BOSTON, MA
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2007 FEB 12 A 11: 22

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED