IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| vs. | ) | C.A. NO. 06-477ML |
| ASSORTED JEWELRY VALUED IN THE AMOUNT OF $15,200, Defendant | ) | |

REQUEST FOR ENTRY OF DEFAULT

Now comes the United States of America, by and through its attorneys, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and requests the clerk to enter a default against Michael Reyes for the reasons set forth in the attached affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 20th, 2007, I electronically filed the within Request for Entry of Default and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On February 13, 2007, I caused a copy of the foregoing Request for Entry of Default and supporting affidavit to be forwarded, by regular mail and by certified mail, return receipt requested (copy attached), to:

Michael Reyes
Plymouth County Corrections
26 Long Pond Road Housing Unit FN1
Plymouth, MA 02360

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney