IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | ) | |
| vs. | ) | C.A. NO. 06-477ML |
| ASSORTED JEWELRY VALUED IN THE AMOUNT OF $15,200,<br>Defendant | ) | |

REQUEST FOR ENTRY OF ORDER
OF JUDGMENT AND DECREE OF FORFEITURE

Now comes the Plaintiff, the United States of America, by and through its attorneys, and requests entry of a final Order of Judgment and Decree of Forfeiture for the reasons set forth in the accompanying affidavit of the undersigned.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
U.S. Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2007, I electronically filed the within Request for Entry of Order of Judgment and Decree of Forfeiture and supporting affidavit with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

On the same date, I caused a copy of the foregoing Request for Entry of Order of Judgment, supporting affidavit, and proposed order to be forwarded, by regular mail, to:

Frank D. Camera, Esq.
21 McGrath Hwy. #402
Quincy, MA 02169

Michael Reyes
Plymouth County Corrections
26 Long Pond Road Housing Unit FN1
Plymouth, MA 02360

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI
Assistant U.S. Attorney