IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 29 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA,
Plaintiff

vs.

ASSORTED JEWELRY VALUED IN THE AMOUNT OF $15,200,
Defendant

C.A. NO. 06-477ML

ORDER OF JUDGMENT AND DECREE OF FORFEITURE

The defaults of Nolan Navedo and Michael Reyes having been entered; and it appearing that no other claim to the defendant jewelry has been filed since said jewelry was seized;

It is hereby

ORDERED, ADJUDGED, and DECREED

That the defendant jewelry, assorted jewelry valued in the amount of $15,200, and further described as one gold triple row Princess cut diamond ring w/27 diamonds, one half pair of 14k gold diamond cluster earring w/7 round diamonds, and one loose 2.19 ct round diamond, is forfeited to the plaintiff, the United States of America, and the United States Marshal is authorized to dispose of said jewelry according to law.

BY ORDER:

Barbara Barletta

ENTER:

Mary M. Lisi
MARY M. LISI
Chief Judge
United States District Court

April 18, 2007